PATRICK J. FOLAN (STATE BAR #125340)
STEVEN W. BRENNAN (STATE BAR #110256)
ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
21515 Hawthorne Boulevard, Suite 1120
Torrance, California 90503-6504
Telephone: (310) 792-1075
Facsimile: (310) 792-0635
E-mail: pjfolan@swbf.net

Attorneys for Plaintiff
Morgan Stanley DW Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| | |
|---|---|
| Morgan Stanley DW Inc., a corporation,  Plaintiff,  v.  Rosemary Johnson, an individual,  Defendant. | CASE NO. CV07-00760 CW  Assigned to Hon. Claudia Wilken Courtroom 2  **STIPULATION RE ENTRY OF PRELIMINARY INJUNCTION AND ORDER THEREON** |

## STIPULATION

Plaintiff Morgan Stanley DW Inc. ("Morgan Stanley") and defendant Rosemary Johnson ("Johnson" or "Defendant") hereby stipulate and agree as follows:

1.  The parties hereby agree to the Court's entry of the following preliminary injunction:

1

STIPULATION RE ENTRY OF PRELIMINARY INJUNCTION AND PROPOSED ORDER THEREON

## **[PROPOSED] PRELIMINARY INJUNCTION**

Based on the parties' Stipulation above, **IT IS HEREBY ORDERED AND DECREED THAT**:

A. A preliminary injunction shall be issued immediately. Defendant is hereby enjoined and restrained, directly or indirectly, whether acting alone or in concert with others, including any officer, agent, representative, and/or employee of Defendant's new employer, Cochrane & Associates, from:

    1. Soliciting any business from any client or customer whom Defendant served as a sales assistant during her employment with Morgan Stanley, or any other customer or client of Morgan Stanley whose name became known to Defendant while in the employ of Morgan Stanley;

    2. Contacting for business purposes, whether in person, through others, by telephone or in writing, any client or customer of Morgan Stanley whom Defendant served as a sales assistant during her employment with Morgan Stanley or whose name became known to Defendant while employed by Morgan Stanley; and

    3. Using, disclosing, or transmitting for any purpose (including but not limited to the solicitation of said clients or customers), any information contained in the records of Morgan Stanley, including but not limited to the names, addresses, and financial information of said clients or customers.

B. Within 48 hours of entry of this Order by the Court, Defendant is hereby required to return to Morgan Stanley's counsel, Patrick J. Folan, all originals, copies, or other reproductions, in any form whatsoever, of any document or other form of recorded Morgan Stanley information, and to purge and destroy any computerized record of Morgan Stanley that is within Defendant's possession, custody or control.

C. In view of the nature of the controversy and Morgan Stanley's financial condition, a bond is deemed to be unnecessary.

This Order shall remain in full force and effect until April 8, 2007.

1
2 DATED: February 7, 2007					ST. JOHN, WALLACE, BRENNAN
3								& FOLAN LLP
4
5								By:_____
									    Patrick J. Folan (State Bar #125340)
									Attorneys for Plaintiff Morgan Stanley DW Inc.
6
7 DATED: February 7, 2007					STEEFEL LEVITT & WEISS
8
9								By:_____
10								    Michael D. Early (State Bar #111459)
									Attorneys for Defendant Rosemary Johnson
11
12          **IT IS SO ORDERED**.
13
14   2/8/07
     Dated:_____			     _____
15								Hon. Claudia Wilken
								United States District Court Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

3
STIPULATION RE ENTRY OF PRELIMINARY INJUNCTION AND PROPOSED ORDER THEREON