1  PATRICK J. FOLAN (STATE BAR #125340)
   STEVEN W. BRENNAN (STATE BAR #110256)
2  ST. JOHN, WALLACE, BRENNAN & FOLAN LLP
   21515 Hawthorne Boulevard, Suite 1120
3  Torrance, California 90503-6504
   Telephone:  (310) 792-1075
4  Facsimile:   (310) 792-0635
   E-mail: pjfolan@swbf.net
5
   Attorneys for Plaintiff
6  Morgan Stanley & Co. Incorporated

                    UNITED STATES DISTRICT COURT

                NORTHERN DISTRICT OF CALIFORNIA - OAKLAND


Morgan Stanley DW Inc.,              )   CASE NO. CV07-00760 CW
a corporation,                       )
                                     )   Assigned to Hon. Claudia Wilken
              Plaintiff,             )   Courtroom 2
                                     )
     v.                              )
                                     )
Rosemary Johnson, an individual,     )   **STIPULATION FOR DISMISSAL**
                                     )   **WITH PREJUDICE**
              Defendant.             )   **AND ORDER THEREON**
                                     )
                                     )
                                     )
                                     )
_____)


    Plaintiff Morgan Stanley & Co. Incorporated, formerly known as Morgan Stanley DW Inc., and defendant Rosemary Johnson, by and through their counsel of record, hereby stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1), this entire action shall be dismissed with

//

//

//

//

---

1

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON

1    prejudice and each party shall bear their own costs and attorneys' fees.

3    DATED:  April ___, 2007      ST. JOHN, WALLACE, BRENNAN & FOLAN LLP

By:_____
      Patrick J. Folan (State Bar #125340)
Attorneys for Plaintiff Morgan Stanley & Co. Incorporated

8    DATED:  April ___, 2007      STEEFEL LEVITT & WEISS

By:_____
      Michael D. Early (State Bar #111459)
Attorneys for Defendant Rosemary Johnson

**IT IS SO ORDERED**.

Dated: 4/19/07      *[signature]* Claudia Wilken
Hon. Claudia Wilken
United States District Court Judge

...\MS\Johnson\Dismissal Stip.Order.wpd

2

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON